# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES B. FAUST, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 12-11089-FDS |
| SUPERINTENDENT ) | |
| GERARD J. HORGAN, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

On July 12, 2013, the Court issued an order requiring petitioner James Faust to show cause within 30 days why his petition should not be dismissed for failure to prosecute. On August 1, 2013, the Court granted petitioner a further extension of time to respond to the Court's original order and directed him to show cause by September 3, 2013. To date, Faust has failed to file any response to this Court's directives and the time period for doing so has expired.

Accordingly, for the reasons previously set forth in the previous memorandum and order, and for the failure to comply with the Court's directives, it is hereby ordered that the above-captioned matter is DISMISSED.

**So Ordered.**

                                                                                 /s/ F. Dennis Saylor
                                                                                 F. Dennis Saylor IV
                                                                                 United States District Judge

Dated: September 17, 2013